Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LATRINA C. COX, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-01244-BNW |
| v. | ) |
| | ) **CONSENT MOTION** |
| KILOLO KIJAKAZI, | ) **FOR EXTENSION OF TIME TO FILE** |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | ) **PLAINTIFF'S BRIEF** |
| Defendant. | ) |

    Plaintiff, Latrina C. Cox, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day (60) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed December 30, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. Wherefore, Plaintiff requests an extension from December 30, 2021, up to and including February 28, 2022, to file her brief. Counsel for Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

    Dated this 23rd day of December, 2021.

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:12 am, December 27, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, December 23, 2021, by CMECF to Blaine T. Welsh, Esq., and Sathya Oum, Esq., who are filing users of the CM/ECF system.

*/s/Hal Taylor*
Hal Taylor, Esq.