Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LATRINA C. COX, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:21-cv-01244-BNW |
| v. | ) |
| | ) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, Latrina C. Cox, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, moves for a 60 day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed February 28, 2022.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace.  As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from February 28, 2022 up to and including April 29,

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

2022 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

Dated February 22, 2022.

                              Respectfully submitted,

                              */s/Hal Taylor*
                              Hal Taylor, Esq.
                              Of Counsel, Olinsky Law Group
                              NV Bar No.: 4399
                              2551 West Lakeridge Shores
                              Reno, NV 89519
                              Tel: (775) 825-2223
                              Fax: (775) 329-1113
                              HalTaylorLawyer@GBIS.com

## **Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, February 22, 2022, by CMECF to Blaine T. Welsh, Esq., and Sathya Oum, Esq., who are filing users of the CM/ECF system.

                              */s/Hal Taylor*
                              Hal Taylor, Esq.
                              Of Counsel, Olinsky Law Group
                              NV Bar No.: 4399
                              2551 West Lakeridge Shores
                              Reno, NV 89519
                              Tel: (775) 825-2223
                              Fax: (775) 329-1113
                              HalTaylorLawyer@GBIS.com

## **ORDER**

IT IS ORDERED that ECF No. 23 is GRANTED in part and DENIED in part. The Court finds good cause exists to give Plaintiff until March 28, 2022 to file her motion to remand or for benefits. The Court does not find good cause exists to give Plaintiff until April 29, 2022 to file her motion. IT IS SO ORDERED.

**IT IS SO ORDERED**
**DATED:** 9:56 am, February 23, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2