JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-48146
Facsimile: (415) 744-0134
E-Mail: Sathya.Oum@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATRINA C. COX, <br><br> Plaintiff, <br><br> v. <br><br> KILILO KIJAKAZI, <br> Acting Commissioner of Social Security,[1] <br><br> Defendant. | Case No.: 2:21-cv-01244-BNW <br><br> **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Latrina C. Cox be awarded attorney fees and expenses in the amount of eight thousand four hundred dollars ($8,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Olinsky Law Group.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Olinsky Law Group.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Olinsky Law Group may have relating to EAJA attorney fees in connection with this action.

//
//
//
//
//

This award is without prejudice to the rights of Olinsky Law Group, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: September 28, 2022                Respectfully submitted,

OF COUNSEL, OLINSKY LAW GROUP

*/s/ Hal Taylor*
HAL TAYLOR
Attorney for Plaintiff

(*as authorized via email on September 28, 2022)
Attorney for Plaintiff

Dated:  September 28, 2022               Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Sathya Oum*
SATHYA OUM
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

IT IS ORDERED that ECF No. 34 is GRANTED.

IT IS FURTHER ORDERED that ECF No. 33 is DENIED as moot.

**IT IS SO ORDERED**
**DATED:** 11:21 am, September 30, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

E

3

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> Hal Taylor, Esq.
> Of Counsel, Olinsky Law Group
> NV Bar No.: 4399
> 2551 West Lakeridge Shores
> Reno, NV 89519
> Telephone: 775-825-2223
> Facsimile: 775-329-1113
> Email: haltaylorlawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2022

> */s/ Sathya Oum*
> SATHYA OUM
> Special Assistant United States Attorney